**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:26-cv-81394-EA**

**SUZANNE KAY,**
Plaintiff,

v.

**UNITED STATES OF AMERICA,**
Defendant.
_______________________________________ /

# NOTICE OF APPEARANCE

Notice is given that litigative responsibility for this matter has been assigned within the Office of the United States Attorney for the Southern District of Florida to Assistant United States Attorney AUSA Susan Jorgensen, who hereby appears on behalf of the Defendant.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: *[/s/ Susan Z. Jorgensen]*

SUSAN Z. JORGENSEN
Florida Bar No. 1022692
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 660-5929